United States Bankruptcy Court
Northern District of Indiana

In re:                                                              Case No. 08-34272-hcd
Cynthia Ann Holcomb                                                 Chapter 7
       Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0755-3         User: kmontgome          Page 1 of 2              Date Rcvd: Jun 22, 2012
                             Form ID: 509             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
db           +Cynthia Ann Holcomb,   1702 Longwood Court,   Goshen, IN 46526-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**                    **Signature:**     _Joseph Speetjens_

Case 08-34272-hcd    Doc 147    Filed 06/24/12    Page 2 of 3

```
District/off: 0755-3          User: kmontgome              Page 2 of 2                   Date Rcvd: Jun 22, 2012
                              Form ID: 509                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2012 at the address(es) listed below:
          Becket & Lee, LLP    on behalf of Creditor   eCAST Settlement Corporation notices@becket-lee.com
          Brian R. Gates    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-HE2 bgates@jonesobenchain.com
          John W. VanLaere(BS)    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-HE2 jvl@jonesobenchain.com, bschmidt@jonesobenchain.com
          Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
          Randy C. Eyster    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-HE2 ndbkr@feiwellhannoy.com
          Rebecca  Hoyt Fischer    roberta@ladfislaw.com, sharon@ladfislaw.com;rhf@trustesolutions.com;RHF@trustesolutions.net
          Roy F. Kiplinger    on behalf of Creditor   American Suzuki Financial Services bankruptcy@kiplingerlaw.com
          Stacia   Yoon (AMK)    on behalf of Intervenor-Defendant   Educational Credit Management Corporation syoon@grymlaw.com
          Stacia   Yoon (MK)    on behalf of Creditor   Educational Credit Management Corp. syoon@grymlaw.com
          Timothy L. Black    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-HE2 ndbkr@feiwellhannoy.com, tblack@feiwellhannoy.com

                                                                                                   TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## South Bend Division

In Re: Debtor(s) (name(s) and address)  )
Cynthia Ann Holcomb  )
xxx−xx−2290  )
1702 Longwood Court  ) Case Number: 08−34272−hcd
Goshen, IN 46526  )
)
)
)
)
)
) Chapter: 7
)
)
)
)
)

## ORDER GRANTING MOTION TO REOPEN

At South Bend , Indiana, on June 22, 2012 .

Cynthia Ann Holcomb's motion to reopen this case is granted. It is therefore

ORDERED that this case is reopened. The court will not direct the appointment of a trustee absent a separate request from an appropriate party in interest.

Harry C. Dees, Jr.
_____
Judge, United States Bankruptcy Court

Document No. 145 − 144